1648.  FARRAR LUMBER COMPANY *v.* JOHNSTON & COMPANY.

POWELL, J.  1. Under a plea of recoupment, the burden of showing the extent of his legal damage is upon the defendant. If the defendant fails to show any damage, the court may withhold the plea from consideration by the jury.

2. No reversible error appears. The verdict is supported by the evidence.

*Judgment affirmed.*

Complaint, from city court of Dalton—Judge Longley.  January 1, 1909.

Argued February 25,—Decided July 6, 1909.

*Julian McCamy,* for plaintiff in error.

*Maddox & Shumate,* contra.